✎ PS 8
(3/15)

Case 4:15-cr-06044-SMJ    Document 45    Filed 09/06/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Holmes, Donald | Docket No. | 0980 4:15CR06044-001 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Donald Holmes, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 16 day of December, 2015 under the following conditions:

**Condition #5:** Defendant shall not possess a firearm, destructive device or other dangerous weapon.

**Condition #8:** Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding on year, to possess, ship, or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On August 26, 2016, the defendant placed a .308 riffle on consignment with Dave's Harbor Gun Works in Aberdeen, Washington.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:   September 2, 2016

by   s/David L. McCary

David L. McCary
U.S. Pretrial Services Officer

Re: Holmes,, Donald
September 1, 2016
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

September 6, 2016
_____
Date